UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-cv-20923
KING/Damian

John Doe (V.H.), as parent and natural
guardian of T.H., a minor,

    Plaintiff,

v.

HYATT HOTELS CORPORATION
d/b/a Hyatt Corporation,

HYATT CORPORATION
d/b/a Grand Hyatt Baha Mar Resort,

HYATT SERVICES CARIBBEAN, LLC
d/b/a Grand Hyatt Baha Mar Resort,

CTF BM OPERATIONS LTD.
d/b/a Grand Hyatt Baha Mar Resort, and

SKY WARRIOR BAHAMAS LTD.
d/b/a/ Grand Hyatt Baha Mar Resort,

    Defendants.
_____/

### ORDER ON PARTIES' JOINT MOTION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AMENDED COMPLAINT

**THIS CAUSE** having come before the Court on the PARTIES' JOINT MOTION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AMENDED COMPLAINT, it is hereby:

**ORDERED AND ADJUDGED** that that the Motion **(DE 56)** is **GRANTED.**

Plaintiff's responses to the Motions be due on January 13, 2023 and the Defendants' replies are due on January 24, 2023.

**DONE AND ORDERED** in Miami, Florida this 6th day of January, 2023.

*[signature: James Lawrence King]*

**Honorable Judge Lawrence King**
United States District Judge

**cc: All Counsel of Record**