UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-cv-20923-KING/Damian

John Doe (V.H.), as parent and natural
guardian of T.H., a minor,

    Plaintiff,

v.

HYATT HOTELS CORPORATION
d/b/a Hyatt Corporation,

HYATT CORPORATION
d/b/a Grand Hyatt Baha Mar Resort,

HYATT SERVICES CARIBBEAN, LLC
d/b/a Grand Hyatt Baha Mar Resort,

CTF BM OPERATIONS LTD.
d/b/a Grand Hyatt Baha Mar Resort, and

SKY WARRIOR BAHAMAS LTD.
d/b/a/ Grand Hyatt Baha Mar Resort,

    Defendants.
_____/

## NOTICE OF 90 DAY EXPIRATION

In accordance with this Court's Local Rule 7.1(b), notice is hereby given that more than ninety (90) days have passed since the following motions, responses and replies have been filed; and the issues are now fully briefed and ripe for the Court to decide:

1. Defendants' Motions:

   a. D.E. 49 – Defendants, CTF BM Operations Ltd. and Sky Warrior Bahamas Ltd., Motion to Dismiss – file date: December 15, 2022.

   b. D.E. 50 – Defendants, Hyatt Hotels Corp, Hyatt Corp. and Hyatt Services Caribbean, LLC, Motion to Dismiss – file date: December 15, 2022.

- 2 -

2. Plaintiff's Responses in Opposition:

   a. D.E. 60 – Plaintiff's Response in Opposition to Defendants' Hyatt Hotels Corp, Hyatt Corp. and Hyatt Services Caribbean, LLC Motion to Dismiss – file date: January 13, 2023.

   b. D.E. 62 – Plaintiff's Response in Opposition to Defendants' CTF BM Operations Ltd. and Sky Warrior Bahamas Ltd. Motion to Dismiss – file date: January 13, 2023.

3. Defendants' Replies:

   a. D.E. 67 – Defendants, CTF BM Operations Ltd. and Sky Warrior Bahamas Ltd., Reply in Support of Motion to Dismiss – file date: January 31, 2023.

   b. D.E. 68 – Defendants, Hyatt Hotels Corp, Hyatt Corp. and Hyatt Services Caribbean, LLC, Reply in Support of Motion to Dismiss – file date: January 31, 2023.

Respectfully submitted,
LIPCON, MARGULIES
& WINKLEMAN, P.A.
*Attorneys for Plaintiff*
2800 Ponce de Leon Boulevard, Suite 1480
Coral Gables, Florida 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204

By: */s/ L. Alex Perez*
    **L. ALEX PEREZ** (FBN 125452)
    aperez@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ L. Alex Perez*
**L. ALEX PEREZ**

## SERVICE LIST
Case No. 22-cv-20923-JLK

| | |
|---|---|
| **Stephanie Demos, Esq.** | **Luis E. Suarez, Esq.** |
| sdemos@beasleydemos.com | lsuarez@hsmpa.com |
| **Christopher Brown, Esq.** | **Patricia Melville, Esq.** |
| cbrown@beasleydemos.com | pmelville@hsmpa.com |
| BEASLEY, DEMOS & BROWN, LLC | **Mark Heise, Esq.** |
| 201 Alhambra Circle, Suite 501 | mheise@hsmpa.com |
| Coral Gables, Florida 33134 | **Francis Murray, Esq.** |
| *Attorneys for Defendants, CTF BM Operations Ltd. and Sky Warrior Bahamas Ltd.* | fmurray@hsmpa.com |
| | HEISE SUAREZ MELVILLE, P.A. |
| | 2990 Ponce De Leon Blvd., Suite 300 |
| | Coral Gables, Florida 33134 |
| | *Attorneys for Defendants, Hyatt Hotels Corp. Hyatt Corp. and Hyatt Services Caribbean LLC* |